MORRIS SCHWEBEL, Respondent, v. 1719 67TH STREET CORPORATION, Appellant, and Others, Defendants.— Resettled and amended order denying the motion of appellant to vacate and set aside deficiency judgment and for other relief affirmed, with ten dollars costs and disbursements. The defendant has been guilty of inexcusable delay. The relief sought should be granted only on application timely and seasonably made. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

MORRIS SCHWEBEL, Respondent, v. 1719 67TH STREET CORPORATION and CARMELA MASTROPOLO, Appellants.— Action to set aside a conveyance of certain property as being in fraud of creditors. Judgment for the plaintiff reversed on the law and the facts, with costs, and the complaint dismissed, with costs. The evidence did not establish that the conveyance in question was fraudulent or made with intent to defraud creditors of the corporation. The conveyance did not render the corporation insolvent. Moreover, it was made upon a substantially adequate consideration. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings will be made. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur. Settle order on notice.

GERTRUDE THIEL and ERNEST THIEL, Respondents, v. THE CITY OF NEW YORK, Appellant.— In an action by plaintiff-wife to recover damages for personal injuries sustained when she fell on ice on the sidewalk, and by her husband for expenses and loss of services, judgment in favor of plaintiffs unanimously affirmed, with costs, on the authority of *Rosenberg* v. *City of New York* (*ante*, p. 927), decided herewith. The accident occurred about seven P. M. on Wednesday, January 22, 1936, on the Queens boulevard side of the Kew Gardens Tavern, at the northwest corner of Queens boulevard and Union turnpike, Kew Gardens, Queens county, a business and shopping district. The proof is that the ice, which was between two and three inches thick, was formed in ridges; that the other sidewalks in the vicinity had been cleaned and that sixty-seven hours elapsed between the time when the snow ceased to fall and the accident. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.